UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. Civ.S-12-0377 LKK/CKD

    Plaintiff,

  v.

SUEDE BLUE, INC.,        O R D E R

    Defendant.
_____/

    A status conference is scheduled for September 24, 2012 in the above-captioned case. The defendant has been served, and the time for filing an answer has expired. The defendant has not filed an answer, nor a status report. The clerk of the court issued an entry of default as to the defendant on September 12, 2012. Plaintiff has not moved for default judgment.

    Accordingly, the court ORDERS as follows:

        [1] The status conference scheduled for September 24, 2012 is VACATED; and

        [2] Plaintiff is ordered to file a motion for default judgement before the assigned magistrate judge within

1

```
1            thirty (30) days.
2       IT IS SO ORDERED.
3       DATED:  September 18, 2012.
```

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2